AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ILLINOIS_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |

ABRAHAM P. FLAGG

Case Number: 93-CR-40063-002-JPG
USM Number: 02958 025

Melissa A. Day
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s)  __statutory & special__  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory | On February 8, 2006, the defendant signed an acknowledgment report admitting to the use of cocaine on February 7, 2006 | February 8, 2006 |
| Special | During the months of February 2006 & March 2006, the defendant failed to report for all substance abuse counseling sessions; on February 28, March 13 and March 20, 2006, the defendant failed to report for urinalysis tests; on March 1, 16, 17, 18, 19, 20 & 25, 2006, defendant failed to call the probation office for the urinalysis testing. | March 25, 2006 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-0961

Defendant's Date of Birth: **-**-1963

Defendant's Residence Address:

City: 201 Lincoln Street, P.O. Box 205, Colp

State: Illinois 62921

Defendant's Mailing Address:

201 Lincoln Street, P.O. Box 205

Colp, Illinois 62921

July 20, 2006
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert, District Judge
Name and Title of Judge

Date: July 27, 2006

FILED JUL 27 2006 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__

DEFENDANT:        ABRAHAM P. FLAGG
CASE NUMBER:      93-CR-40063-002-JPG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

36 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL